AO 91 (Rev. 11/11) Criminal Complaint                                                              SAUSA Jill Bhalakia (312) 353-5159

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | CASE NUMBER: 25 CR 469 |
|---|---|
| v. | |
| ANTONIO DE JESUS-JUARES | |



FILED
8/8/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about June 18, 2025, at Woodstock, Illinois, in the Northern District of Illinois, Eastern Division, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 8, United States Code, Section 1326(a) | being an alien who previously had been deported and removed from the United States on or about August 11, 2016, was present and found in the United States on or about June 18, 2025 without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States |

This criminal complaint is based upon these facts:

  X   Continued on the attached sheet.

s/ *David Fitzpatrick*
DAVID FITZPATRICK
Special Agent, Federal Bureau of Investigation (FBI)

Pursuant to Fed. R. Crim. P. 4.1, this Complaint is presented by reliable electronic means. The above-named agent provided a sworn statement attesting to the truth of the Complaint and Affidavit by telephone.

Date: August 8, 2025                                                          *Jeannice W. Appo*
                                                                              *Judge's signature*

City and state: Chicago, Illinois                            Jeannice W. Appenteng, U.S. Magistrate Judge
                                                                         *Printed name and title*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## AFFIDAVIT

I, DAVID FITZPATRICK, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation (FBI), and have been so employed since November of 2004. My current responsibilities include the investigation of criminal investigations, including those involving deportation violations and criminal aliens.

2. This affidavit is submitted in support of a criminal complaint alleging that Antonio DE JESUS- JUARES has violated Title 8, United States Code, Section 1326(a), reentry of a removed alien by being present and found in the United States after having been deported.

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging DE JESUS-JUARES with reentry of removed aliens, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offense alleged in the complaint.

4. The facts set forth in this affidavit are based on my personal knowledge, my training and experience, my review of records maintained by the FBI, the Department of Justice (DOJ), Immigration and Customs Enforcement (ICE), other components of the Department of Homeland Security (DHS), and other government

agencies, and information provided to me by various law enforcement personnel and witnesses.

5. According to DHS and DOJ records, DE JESUS-JUARES is a native and citizen of Mexico and has no claim to United States citizenship or lawful permanent residence. DHS and DOJ records reflect that DE JESUS-JUARES was born in Mexico in 1976, and entered the United States as an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act. According to DHS and DOJ records, defendant claimed to have entered the United States on or about July 29, 2016 at or near Hidalgo, Texas.

6. According to DHS records, on or about August 8, 2016, an immigration official ordered DE JESUS-JUARES removed from the United States to Mexico.

7. According to DHS records, on or about August 8, 2016, DHS served DE JESUS-JUARES with a Notice to Alien Ordered Removed/ Departure Verification, Form I-296 and Notice and Order of Expedited Removal Form I-860. These forms instructed defendant, amongst other things, that he was being removed to Mexico and must seek permission from the Secretary of Homeland Security if seeking admission within five years from the date of his departure from the United States as a consequence of having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Immigration and Nationality Act.

8. According to DHS Form I-296, on or about August 11, 2016, DE JESUS-JUARES was removed from the United States to Mexico through Eagle Pass, Texas. DE JESUS-JUARES's photo, signature, and fingerprint appear on the Form I-296.

9. Illinois criminal history records reflect that on or about June 18, 2025, DE JESUS-JUARES was arrested for Driving on a Suspended License in violation of 625 ILCS 5.0/6-303-A IL by the Woodstock Police Department and was subsequently processed and fingerprinted.

10. DHS records reflect that defendant had not applied for or received permission to reenter the United States.

11. On or about August 1, 2025, a fingerprint comparison analysis was conducted by the Federal Bureau of Investigation, Criminal Justice Information Services Division, Special Processing Center and verified that DE JESUS-JUARES is the same person who was removed by DHS on or about August 11, 2016 and arrested by the Woodstock Police Department on or about June 18, 2025.

12. Based on the foregoing, I respectfully submit that there is probable cause to believe that DE JESUS-JUARES, being an alien who previously was removed from the United States on or about August 11, 2016, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security, for reapplication by defendant for admission into the United States, in violation of Title 8, United States Code, 1326(a).

FURTHER AFFIANT SAYETH NOT.

s/ *David Fitzpatrick*
DAVID FITZPATRICK
Special Agent, Federal Bureau of Investigation

SWORN TO AND AFFIRMED by telephone August 8, 2025.

Honorable Jeannice W. Appenteng
United States Magistrate Judge