**FILED**

9/17/2025

AXM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ANTONIO DE JESUS-JUARES

25 CR 469

**25-CR-00469**
**Judge Rebecca R. Pallmeyer**
**Magistrate Judge Jeannice W. Appenteng**
**RANDOM/ CAT 5.**

Violation: Title 8, United States Code, Section 1326(a)

The SPECIAL APRIL 2024 GRAND JURY charges:

On or about June 18, 2025, at Woodstock, in the Northern District of Illinois, Eastern Division,

ANTONIO DE JESUS-JUARES,

defendant herein, an alien who previously had been deported and removed from the United States on or about August 11, 2016, was present and found in the United States without previously having obtained the express consent of the Secretary of the Department of Homeland Security for reapplication by defendant for admission into the United States;

In violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____

FOREPERSON